

# In the United States Court of Federal Claims

(Pro Se)
(Not for Publication)

**FILED**

JAN 3 1 2017

U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| KEVIN LEIGH MOORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 16-1126L |
| THE UNITED STATES OF AMERICA, | ) (Filed: January 31, 2017) |
| Defendant. | ) |

## ORDER

On November 14, 2016, the government filed a motion to dismiss. Docket No. 5. Mr. Moore did not respond to that motion. See Docket. Accordingly, on December 21, 2016, the Court issued an order requiring Mr. Moore to show cause by January 23, 2017, as to why his complaint should not be dismissed pursuant to Rule 41(b) of the Rules of the Court of Federal Claims (RCFC) for failure to prosecute or comply with the Court's rules. Order, Docket No. 6. Mr. Moore has failed to respond to the Court's order. See Docket. Therefore, pursuant to RCFC 41(b) the Court hereby **DISMISSES** Mr. Moore's complaint without prejudice. The Clerk is directed to enter judgment accordingly. Each party shall bear its own costs.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge

7014 1200 0000 9093 6408